ERIC GRANT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KYLE MATTHEW LISMAN,<br><br>Defendant. | CASE NO. 1:25-CR-000041-JLT-SKO<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE;<br><br>DATE: December 17, 2025<br>TIME: 1:00 p.m.<br>COURT: Hon. Sheila K. Oberto |

**STIPULATION**

This case set for jury trial on February 18, 2026. This case is also set for a status conference on December 17, 2025. The parties now move, by stipulation, to continue the status conference from December 17, 2025 to January 7, 2026. Time has already been excluded under the Speedy Trial Act through and including the February 18, 2026 trial date.

Dated: December 10, 2025                      ERIC GRANT
                                              United States Attorney


                                              /s/ JEFFREY A. SPIVAK
                                              JEFFREY A. SPIVAK
                                              Assistant United States Attorney

1

Dated:  December 10, 2025

/s/ ROGER PONCE
ROGER PONCE
Counsel for Defendant

**ORDER**

IT IS SO ORDERED that the status conference in this case is continued from December 17, 2025 to January 7, 2026, at 1:00 pm.

IT IS SO ORDERED.

Dated:  **December 10, 2025**          /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE

2